IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | NO. 3:09-CR-044-M |
| BETTY LEWIS FRENCH | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings and Recommendation of United States Magistrate Judge Jeff Kaplan, regarding Defendant's Motion to Suspend Restitution Pursuant to 18 USC 3664(k). The District Court reviewed the proposed Findings and Recommendation for plain error. Finding none, the Court accepts the Findings and Recommendation of the United States Magistrate Judge. The Defendant's motion to suspend restitution payments [Doc. #26] is **DENIED**.

**SO ORDERED** this 27th day of April, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS